IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| STEPHAN JACKSON; | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | NO. 08 C 095 |
| | ) | |
| CITY OF CHICAGO, | ) | JUDGE LEINENWEBER |
| Chicago Police Officers | ) | |
| SHAWN PICKETT, Star 12737; and | ) | Magistrate Judge Cox |
| DANIEL BORA, Star 19830; | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' AGREED MOTION TO EXTEND THE
TIME IN WHICH TO ANSWER OR OTHERWISE PLEAD**

Defendant, City of Chicago, and Defendant Chicago Police Officers Shawn Pickett and Daniel Bora, (referred to herein as "Defendants"), by one of their attorneys, Julia S. Bruce, Assistant Corporation Counsel of the City of Chicago, respectfully request this Honorable Court to extend the time, up to and including, July 10, 2008, in which to answer or otherwise plead to Plaintiff's Complaint. In support of this motion, Defendants state:

(1) Plaintiff's Complaint was filed on January 7, 2008. As of the date of this filing, the City of Chicago, as well as both Defendant Chicago Police Officers, have been served.

(2) The undersigned has filed an appearance for Defendants on June 3, 2008.

(3) Counsel for Defendants was recently assigned this case and needs to interview Defendants before answering Plaintiff's Complaint and has not had an opportunity to do so at this time. Furthermore, the undersigned has not as of yet received all of the Chicago Police Department records relating to the alleged incident which is the subject of this lawsuit.

1

(4)   Plaintiff does not object to Defendants' Motion to Extend the Time to Answer or Otherwise Plead up to, and including, July 10, 2008.

(5)   This motion is Defendants' first request for an extension of time to answer or otherwise plead. Such a request will not unduly delay the resolution of the disputed issues.

**WHEREFORE**, Defendants respectfully request that they be given until July 10, 2008, to answer or otherwise plead to Plaintiff's Complaint.

Respectfully Submitted,

/s/ Julia S. Bruce
Julia S. Bruce
Assistant Corporation Counsel
30 North La Salle Street
Suite 1400
Chicago, Illinois 60602
(312) 744-0451
Attorney Number: 06273493